IN HE UNITED STATES DISTRICT )URT
FOR THE DISTRICT OF ARIZONA
CRIMINAL TRIAL MINUTES

Phoenix Division

| 3:01 | 1062 | 1 | DATE: 5-16-03 |
|---|---|---|---|
| Year | Case No. | Dft # | |

☒ FILED ___ LODGED
___ RECEIVED ___ COPY
MW  MAY 1 9 2003
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

HON: MARY H. MURGUIA            Judge #7027

USA v. Mitchell, Lezmond
       Last/First Name/Middle Initial

DEFENDANT: X Present  ___Not Present  ___Released  X Custody  ___Writ

Deputy Clerk: Sandi Fredlund/Maureen Williams    Crt Rep: Merilyn Sanchez

U.S. Atty: Vincent Kirby/Kurt Altman   Dft Atty: John Sears, (cja), Gregory Bartolomei (AFPD), Jeffrey Williams, (AFPD) for dft Mitchell
Intrptr:_____   Language:_____

PROCEEDINGS: X /JURY TRIAL  / /COURT TRIAL  / /VOIR DIRE  / /JURY SWORN

Trial Day # 25   Waiver of Jury trial filed_____

9:40 a.m. Trial resumes without the jury present. The Court informs counsel that juror #2,                    has been excused for health reasons. He remains under the admonition, however. Defendant is brought into the courtroom and reiterates that he continues to waive his presence in the courtroom for these proceedings. Defendant exits the courtroom but continues to be able to view the proceedings via the videocamera. The Court issues its rulings regarding the jury instructions. 10:14 a.m. Recess.

10:29 a.m. Reconvene. Jury not present. The Court advises counsel the second superceding Indictment will not be provided to the jury during deliberations. 10:35 a.m. Jury present. The Court reads the final jury instructions in open court. 11:30 a.m. Recess.

12:44 p.m. Reconvene. Jury not present. Defense counsel Bartolomei advises the Court the Defendant has indicated he has had no difficulty in viewing the proceedings and exhibits presented via the videocamera. 12:48 p.m. Jury present. Closing arguments. 1:36 p.m. Jury leaves the courtroom and court remains in session. Matter discussed. 1:38 p.m. Recess.

1:49 p.m. Reconvene. Jury not present. The Court is advised the Defendant continues to waive his presence in the courtroom for these proceedings but will be viewing the proceedings via the videocamera. 1:50 p.m. Jury present in the courtroom. Closing arguments continue. 2:45 p.m. Jury leaves the courtroom and court remains in session. Defendant is brought into the courtroom and reiterates that he continues to waive his presence in the courtroom for these proceedings but will continue to view the proceedings via the videocamera. 2:47 p.m. Recess.

3:01 p.m. Reconvene. Jury present. Closing arguments continue. Bailiff administered the oath to take charge of the jury. 3:44 p.m. Jury leaves the courtroom to commence deliberations and court remains in session. Matters discussed. 3:47 p.m. Recess.

4:29 p.m.  Reconvene.  Counsel and Defendant not present.  Jury present.  The Court is advised the jury requests to return on 5/20/03 at 9:00 a.m. to continue deliberations.  The Court reminds the jury of the admonition.  4:31 p.m.  Court stands at recess.


Trial continued to _____ 5/20/03. _____