IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CRIMINAL TRIAL MINUTES

Phoenix Division

| 3:01 | 1062 | 1 | DATE: 5-20-03 |
|---|---|---|---|
| Year | Case No. | Dft # | |

HON: **MARY H. MURGUIA**          Judge #7027

USA v. **Mitchell, Lezmond**
       Last/First Name/Middle Initial

DEFENDANT: X Present     ___Not Present     ___Released    X Custody    ___Writ

Deputy Clerk: Grace Ochoa          Crt Rep: Merilyn Sanchez

U.S. Atty: Vincent Kirby/Kurt Altman    Dft Atty: John Sears, (cja), Gregory Bartolomei (fpd), Jeffrey Williams, (fpd) for dft Mitchell

Intrptr:_____     Language:_____

_____ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and B/W issued.
**PROCEEDINGS:** X /JURY TRIAL  /___/COURT TRIAL  /___/VOIR DIRE  /___/JURY SWORN

Trial Day # 26   Waiver of Jury trial filed_____

3:30PM Court in session; presence of counsel, dft and the jury. Jury has reached a verdict. Clerk reads verdict "...finds for the death penalty as to each victim.."; see form of verdict(filed under seal). Jury polled. Jury released from admonishments and excused. ORDERED sealing all documents containing the names of the jurors: Jury Summary Panel Report, Final Jury List, Notes from the Jury, Special Sentencing Verdict Form-Tiffany Lee, Special Sentencing Verdict Form-Alyce Slim and all the juror questionnaires. FURTHER ORDERED setting sentencing for 8-4-03 at 10AM.
4:00PM Court in recess.

Case continued to:   8-4-03 at 10:00 AM   for SENTENCING.

cc: PROB                                                     CrTrl #7 1/1/94

