```
 1  MICHAEL BAILEY
    United States Attorney
 2  District of Arizona
    WILLIAM G. VOIT
 3  Arizona State Bar No. 025808
    Email: William.Voit@usdoj.gov
 4  SHARON K. SEXTON
    Arizona State Bar No. 012359
 5  Email: Sharon.Sexton@usdoj.gov
    Assistant U.S. Attorneys
 6  Two Renaissance Square
    40 N. Central Ave., Suite 1800
 7  Phoenix, Arizona 85004
    Telephone: 602-514-7500
 8  Attorneys for Plaintiff
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR 01-01062-DGC |
|---|---|
| Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| v. | |
| Lezmond Charles Mitchell et al., | |
| Defendant. | |

NOTICE is hereby given, in accordance with Local Rule 83.3(a) of the Rules of Practice for the U.S. District Court of Arizona that Assistant U.S. Attorney William G. Voit and Sharon K. Sexton are hereby substituted as counsel for plaintiff, replacing Assistant U.S. Attorney Vince Kirby.

RESPECTFULLY SUBMITTED this 12th day of June, 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona


*/s William G. Voit*
WILLIAM G. VOIT
SHARON K. SEXTON
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of June, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Celia M. Rumann and Jonathan C. Aminoff, *Attorneys for Defendant*

*/s Stephanie Ludwig*
U.S. Attorney's Office