HILARY POTASHNER
Federal Public Defender
Central District of California
JONATHAN C. AMINOFF (Cal. Bar No. 259290)
E-Mail: Jonathan_Aminoff@fd.org
CELESTE BACCHI (Cal. Bar No. 307119)
E-Mail: Celeste_Bacchi@fd.org
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
LEZMOND CHARLES MITCHELL

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LEZMOND CHARLES MITCHELL, et al., <br><br> Defendant. | Case Nos. CV 09-08089-PCT-DGC <br> (CR 01-01062-PCT-DGC) <br><br> **DEATH PENALTY CASE** <br><br> **NOTICE OF APPEARANCE** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that Deputy Federal Public Defender Celeste Bacchi, who is employed with the Office of the Federal Public Defender for the Central District of California, having been assigned to Mr. Mitchell's case, hereby enters her appearance as counsel of record for Defendant Lezmond Charles Mitchell in this matter.

Respectfully submitted,

HILARY POTASHNER
Federal Public Defender
Central District of California

DATED: July 31, 2019            By: */s/ Celeste Bacchi*
                                        CELESTE BACCHI
                                        JONATHAN C. AMINOFF
                                        Deputy Federal Public Defenders

                                        Attorneys for Defendant
                                        LEZMOND CHARLES MITCHELL

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of July, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

William G. Voit, Assistant U.S. Attorney
Arizona State Bar No. 025808
William.Voit@usdoj.gov

Sharon Sexton, Assistant U.S. Attorney
Arizona State Bar No. 012359
Sharon.Sexton@usdoj.gov

*/s/ Edith Prado*
EDITH PRADO

2