MICHAEL BAILEY
United States Attorney
District of Arizona
WILLIAM G. VOIT
Arizona State Bar No. 025808
Email: William.Voit@usdoj.gov
SHARON K. SEXTON
Arizona State Bar No. 012359
Email: Sharon.Sexton@usdoj.gov
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
*Attorneys for Plaintiff*
*United States of America*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>Lezmond Charles Mitchell et al.,<br>Defendant. | No. CR-01-1062-PCT-DGC<br>**NOTICE REGARDING EXECUTION**<br>(Capital Case) |

The United States hereby notifies the Court that the Director of the Federal Bureau of Prisons, upon the direction of the Attorney General, has scheduled the execution of Defendant Lezmond Charles Mitchell, in accordance with 28 C.F.R. Part 26, to take place on August 26, 2020. *See* Attachment A.

RESPECTFULLY SUBMITTED this 29th day of July, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

*/s William G. Voit*
WILLIAM G. VOIT
SHARON K. SEXTON
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of July, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Jonathan C. Aminoff
Email: Jonathan.Aminoff@fd.org
Celeste Bacchi
Email: Celeste_Bacchi@fd.org
Federal Public Defender's Office
Central District of California
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-5374
Facsimile: (213) 894-0310

Attorneys for Defendant Lezmond Charles Mitchell

*/s William G. Voit*
U.S. Attorney's Office