# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIUS ROBINSON, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>WILLIAM BARR, Attorney General, )<br>U.S. Department of Justice, *et al.*, )<br>)<br>*Defendants*. )<br>) | Civil Action No. 07-2145 (TSC) |

## NOTICE OF ADOPTION OF REVISED PROTOCOL

Pursuant to the Court's January 13, 2012, Minute Order, Defendants hereby notify the Court that the government has adopted a revised addendum to the Federal Bureau of Prisons' execution protocol that provides for the use of pentobarbital sodium as the lethal agent.  *See* Exhibit A.  Defendants will confer with Plaintiff about an appropriate schedule for further proceedings in this matter and submit a status report advising the Court of the status of this matter and the parties' proposed schedule.

Dated: July 25, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JESSIE K. LIU
United States Attorney

JAMES M. BURNHAM
Deputy Assistant Attorney General

DANIEL F. VAN HORN
Civil Chief
U.S. Attorney's Office

JOHN R. TYLER
Assistant Branch Director
Federal Programs Branch

/s/ *Denise M. Clark*
DENISE M. CLARK, D.C. Bar No. 479149
Assistant United States Attorney
U.S. Attorney's Office
Civil Division

DANIEL HALAINEN
Trial Attorney

Exhibit A - 001

Civil Division, Federal Programs Branch  
U.S. Department of Justice  
1100 L Street NW  
Washington, DC 20530

555 4th Street, N.W.  
Washington, D.C. 20530  
202-252-6605  
Denise.Clark@usdoj.gov

*Counsel for Defendants*

ADDENDUM TO BOP EXECUTION PROTOCOL
FEDERAL DEATH SENTENCE IMPLEMENTATION PROCEDURES
EFFECTIVE JULY 25, 2019

A. Federal death sentences are implemented by an intravenous injection of a lethal substance or substances in a quantity sufficient to cause death, such substance or substances to be determined by the Director, Federal Bureau of Prisons (BOP) and to be administered by qualified personnel selected by the Warden and acting at the direction of the United States Marshal.  28 CFR 26.3.  The procedures utilized by the BOP to implement federal death sentences shall be as follows unless modified at the discretion of the Director or his/her designee, as necessary to (1) comply with specific judicial orders; (2) based on the recommendation of on-site medical personnel utilizing their clinical judgment; or (3) as may be required by other circumstances.

B. The identities of personnel considered for and/or selected to perform death sentence related functions, any documentation establishing their qualifications and the identities of personnel participating in federal judicial executions or training for such judicial executions shall be protected from disclosure to the fullest extent permitted by law.

C. The lethal substances to be utilized in federal lethal injections shall be Pentobarbital Sodium.

D. Not less than fourteen (14) days prior to a scheduled execution, the Director or designee, in conjunction with the United States Marshal Service, shall make a final selection of qualified personnel to serve as the executioner(s) and their alternates. See BOP Execution Protocol, Chap. 1, §§ III (F) and IV (B) & (E). Qualified personnel includes currently licensed physicians, nurses, EMTs, Paramedics, Phlebotomists, other medically trained personnel, including those trained in the United States Military having at least one year professional experience and other personnel with necessary training and experience in a specific execution related function.  Non-medically licensed or certified qualified personnel shall participate in a minimum of ten (10) execution rehearsals a year and shall have participated in at least two (2) execution rehearsals prior to participating in an actual execution.  Any documentation establishing the qualifications, including training, of such personnel shall be maintained by the Director or designee.

E. The Director or designee shall appoint a senior level Bureau employee to assist the United States Marshal in implementing the federal death sentence.  The Director or designee shall appoint an additional senior level Bureau employee to supervise the activities of personnel preparing and administering the lethal substances.

ADDENDUM TO BOP EXECUTION PROTOCOL
FEDERAL DEATH SENTENCE IMPLEMENTATION PROCEDURES
EFFECTIVE JULY 25, 2019

F.   The lethal substances shall be prepared by qualified personnel in the following manner unless otherwise directed by the Director, or designee, on the recommendation of medical personnel.  The lethal substances shall be placed into three sets of numbered and labeled syringes.  One of the sets of syringes is used in the implementation of the death sentence and two sets are available as a backup.

G.   Approximately thirty (30) minutes prior to the scheduled implementation of the death sentence, the condemned individual will be escorted into the execution room.  The condemned individual will be restrained to the execution table.  The leads of a cardiac monitor will be attached by qualified personnel.  A suitable venous access line or lines will be inserted and inspected by qualified personnel and a slow rate flow of normal saline solution begun.

H.   Lethal substances shall be administered intravenously.  The Director or designee shall determine the method of venous access (1) based on the training and experience of personnel establishing the intravenous access; (2) to comply with specific orders of federal courts; or (3) based upon a recommendation from qualified personnel.

A set of syringes will consist of:

Syringe #1 contains 2.5 grams of Pentobarbital Sodium in 50 mL of diluent
Syringe #2 contains 2.5 grams of Pentobarbital Sodium in 50 mL of diluent
Syringe #3 contains 60 mL of saline flush,

Each syringe will be administered in the order set forth above when directed by supervisory personnel.

If peripheral venous access is utilized, two separate lines shall be inserted in separate locations and determined to be patent by qualified personnel. A flow of saline shall be started in each line and administered at a slow rate to keep the line open.  One line will be used to administer the lethal substances and the second will be reserved in the event of the failure of the first line.  Any failure of a venous access line shall be immediately reported to the Director or designee.