CUAUHTEMOC ORTEGA (Bar No. 257443)
Interim Federal Public Defender
JONATHAN C. AMINOFF (Cal. Bar No. 259290)
(E-Mail: Jonathan_Aminoff@fd.org)
CELESTE BACCHI (Cal. Bar No. 307119)
(E-Mail: Celeste_Bacchi@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-5374
Facsimile: (213) 894-0310

Attorneys for Defendant
LEZMOND CHARLES MITCHELL

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>v.<br><br>Lezmond Charles Mitchell,<br><br>                    Defendant. | Criminal No. 3:01-CR-01062-DGC<br><br>(Civil No. 3:09-CV-08089-DGC)<br><br>**<u>DEATH-PENALTY CASE</u>**<br><br>**EXECUTION SET FOR AUGUST 26, 2020**<br><br>Honorable David G. Campbell<br>United States District Judge<br><br>**NOTICE OF APPEAL** |

1   Notice is hereby given that defendant Lezmond Charles Mitchell hereby appeals
2   to the United States Court of Appeals for the Ninth Circuit from the District Court's
3   August 13, 2020 Order (dkt. no. 618) denying Mitchell's motion (dkt. no. 606) to
4   vacate his execution date and enjoin further violation of the District Court's January 8,
5   2004 Judgement, and Mitchell's motion (dkt. no. 609) to stay his execution.
6   No filing or docket fee is required because Defendant is in forma pauperis and
7   the Federal Public Defender represents him pursuant to the Criminal Justice Act.
8   Defendant's notice of appeal is timely filed pursuant to Federal Rule of Appellate
9   Procedure 4(b)(1)(A)(i).
10  ///

The parties to the judgment and order are:

| | |
|---|---|
| Movant: | Lezmond Mitchell |
| | Reg. No. 48685-008 |
| | USP Terre Haute |
| | 4700 Bureau Road South |
| | Terre Haute, IN 94974 |
| Movant's Counsel: | Jonathan C. Aminoff |
| | Celeste Bacchi |
| | Deputy Federal Public Defenders |
| | 321 East 2nd Street |
| | Los Angeles, CA 90012 |
| Respondent: | United States of America |
| Respondent's Counsel: | William G. Voit |
| | Sharon Sexton |
| | Assistant United States Attorney |
| | Two Renaissance Square |
| | 40 N. Central Ave., Suite 1800 |
| | Phoenix, Arizona 85004 |

Respectfully submitted,

CUAUHTEMOC ORTEGA
Interim Federal Public Defender

DATED: August 13, 2020          By */s/ Jonathan C. Aminoff*
                                JONATHAN C. AMINOFF
                                CELESTE BACCHI
                                Deputy Federal Public Defenders

                                Attorneys for Defendant
                                Lezmond Charles Mitchell

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of August, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

William G. Voit, Assistant U.S. Attorney
Arizona State Bar No. 025808
William.Voit@usdoj.gov

Sharon Sexton, Assistant U.S. Attorney
Arizona State Bar No. 012359
Sharon.Sexton@usdoj.gov

*/s/ Iliana Hernandez*
Iliana Hernandez