

**U.S. Department of Justice**
Federal Bureau of Prisons

*Federal Correctional Complex*
*Terre Haute, Indiana*

Office of the Complex Warden

September 2, 2020

FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 18 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

The Honorable David G. Campbell
Senior Judge, U.S. District Court
for the District of Arizona
Sandra Day O'Connor U.S. Courthouse, Suite 623
401 West Washington Street, SPC 62
Phoenix, Arizona 85003-2158

RE: Mitchell, Lezmond Charles
    Reg. No.: 48685-008
    Case No: CR 01-001062-001-PCT

Dear Senior Judge Campbell:

This is to inform you of the death of inmate Lezmond Charles Mitchell, who was incarcerated in the Federal Bureau of Prisons. His designated Bureau of Prisons institution was the Special Confinement Unit at United States Penitentiary, in Terre Haute, Indiana.

As you recall, inmate Mitchell was sentenced to Death in the District of Arizona, on September 15th, 2003, for Robbery of Auto and Carjacking Resulting in Death, Aiding and Abetting.

Inmate Mitchell passed away at 6:29 p.m., on August 26th, 2020, at the Federal Correctional Complex located in Terre Haute, Indiana. The cause of death was execution by lethal injection.

If you require further information regarding this case, please do not hesitate to contact our institution.

Sincerely,

T. J. Watson,
Complex Warden

cc: U.S. Attorney's Office
    Chief United States Probation Officer
    North Central Regional Director